# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br>**JAYDEN D.D. HALL**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 22-21 MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 20, 2021 in the county of Jefferson in the Eastern District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 | Possession, receipt, and transmission of child sexual abuse material. |
| 18 U.S.C. § 2252(a)(2) | Receipt and distribution of child sexual abuse material. |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of a visual depiction involving the use of a minor engaging in sexually explicit conduct. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Jessica C. Zuppardo
*Complainant's signature*

Special Agent Jessica C. Zuppardo, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/15/2022

*Judge's signature*

City and state: New Orleans, Louisiana    Hon. Dana M. Douglas, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-mj-21** |
| v. | * | **SECTION: MAG** |
| **JAYDEN D.D. HALL** | * | |
| | * * * | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Jessica Cantrell Zuppardo, being duly sworn, do hereby depose and state: I am a Special Agent with U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) assigned to the Office of the Special Agent in Charge, New Orleans, Louisiana, and I have been a Special Agent with HSI since April of 2019. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2252 and 2252A, which criminalize the possession, receipt, and transmission of child sexual abuse material ("CSAM," also called child pornography). As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. Prior to becoming a Special Agent, I was employed by the Kenner Police Department as a Detective in the Criminal Investigations Division. As a Detective, I was tasked with conducting various felony investigations. I specifically investigated crimes against children, including contact offenses against children and the computer-facilitated sexual exploitation of children.

2. The statements contained in this affidavit are based on information obtained through the course of the investigation, and on my experience and background as a Special Agent with HSI, as well as, information provided by other law enforcement officers, including other

HSI Special Agents, and Special Agents from the Louisiana Bureau of Investigation (LBI). Because this affidavit is being submitted for the limited purpose of the criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are sufficient to establish probable cause for issuance of the complaint.

3. This affidavit is made in support of a criminal complaint charging Jayden D. D. HALL ("**HALL**") with production of child sexual abuse material, in violation of 18 U.S.C. § 2251(a); and distribution of child sexual abuse material, in violation of 18 U.S.C. § 2252(a)(2).

**PROBABLE CAUSE**

4. <u>Snapchat background</u>: Based on my training and experience, Snapchat is a mobile application, made by Snap Inc., and is available through the Apple iPhone "app store" and Google Play. The application provides users a way to share photos, videos and text. Subscribers obtain an account by downloading the free Snapchat application to their mobile media device and registering an account with Snapchat. During the registration process, Snapchat asks subscribers to provide basic personal information. Snapchat users can take photos or videos ("Snaps") using their camera phone in real-time and then select which of their friends to send the message to. Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender and after it is opened in the case of the recipient). Users are able to save a photo or video they have taken locally to their device or to "Memories," which is Snapchat's cloud-storage service. When registering a Snapchat account, the user must select a username that is a unique identifier associated with a specific user on Snapchat and cannot be changed by the user once selected. A user can also select a vanity name which

is not a unique identifier and can be changed by a user or that user's friends to indicate how the user will appear within the Snapchat application. In general, mobile communications providers like Snapchat will ask each of their subscribers to provide certain personal identifying information when registering for a Snapchat account, which may include the subscriber's full name, username, phone number, email address, vanity name, Snapchat account creation date and internet protocol (IP) address, and time stamps and IP address(es) of account logins and logouts.

5. First CyberTip: In June 2021, the LBI received a CyberTip from the National Center for Missing and Exploited Children ("NCMEC").[1] The CyberTip contained information from Snapchat, identifying username "lahmike293", as being a user who uploaded files of child sexual abuse materials ("CSAM") utilizing the Snapchat application. Username "lahmike293" was later identified as Jayden **HALL**.

6. In July 2021, LBI contacted HSI to conduct a joint investigation into **HALL**. I viewed the files provided in the CyberTip, that were uploaded by "lahmike293" to Snapchat and determined the files to constitute CSAM. Snapchat is a multimedia messaging application in which one of the principal features is that the pictures and messages on the application are usually only available for a short time before they become inaccessible to their recipients.

7. Based on my experience, I know that electronic service providers, such as Snapchat, often report cases of CSAM on their systems to the NCMEC CyberTipline. The legal team at

---

[1] NCMEC is a private, non-profit 501(c)(3) organization that serves as a national clearing house and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. In connection with this mission, NCMEC operates the CyberTipline. The CyberTipline receives reports, including reports from electronic service providers, of apparent child pornography production, trafficking, and possession.

3

Snapchat, located in Santa Monica, California, will provide NCMEC with profile data, images, and/or any chat logs pertaining to each user believed to be uploading and/or discussing trading child exploitation material and/or sexually assaulting children. NCMEC geolocates the last known IP address to the associated country/state/city for each user and then sends the CyberTip. LBI receives the CyberTips for each user with IP addresses in Louisiana.

8. I reviewed the CyberTip and determined the following relevant information:

   a. On April 04, 2021, Snapchat username "lahmike293," accessed the Snapchat application via IP address 70.186.66.21 and uploaded video files of CSAM. Three of the files are described as follows:

      i. A video depicting a prepubescent female, clad only in a shirt, laying on a bed while an adult male holds her legs up as he anally rapes her. When he is finished, he focuses the camera primarily on the vaginal/anal area of the prepubescent female.

      ii. A video depicting a prepubescent female, clad only in a shirt, laying on a bed while an adult male anally rapes her.

      iii. A video depicting a prepubescent female, naked, standing in a bathroom, while she is orally raped by an adult male who ejaculates in her mouth.

   b. Username "lahmike293" utilized email address "jaydendd15@icloud.com" to register the Snapchat account.

   c. Username "lahmike293" utilized date of birth ▓▓▓▓/2000 to register the Snapchat account.

9. LBI submitted a search warrant to Snapchat for username "lahmike293". On June 30, 2021, Snapchat complied with the search warrant for "lahmike293". In the Snapchat materials, I identified the following information that is relevant to the investigation:

   a. Username "lahmike293" uploaded three (3) videos of CSAM to the Snapchat account. The three CSAM videos depicted a prepubescent female laying down, clad in pink underwear, while an adult hand pulls her underwear to the side to display the lewd exhibition of her vaginal area as the primary focus of the camera. In one of the videos, the male pulls the prepubescent female's labia to the side and inserts his finger inside of her vagina to vaginally rape her.

   b. The three CSAM videos described above showed a creation date of March 6, 2021.

   c. GPS coordinates on the CSAM geolocated the videos to 214 Neil Avenue, New Orleans, LA 70131.

   d. An additional video, included in the Snapchat search warrant return, depicts an adult male playing with a small dog. The male in the video is later identified as **HALL**.

   e. A DMV inquiry revealed 214 Neil Avenue, New Orleans, LA, as the primary address for Jayden Diante Douglas **HALL**, black male, date of birth ▮▮/2000. The DMV photograph matches the aforementioned video of **HALL**.

      i. **HALL**'s first name and middle initials, "Jayden D. D. Hall," are similar to the iCloud account address that was used as a backup for the "lahmike293" Snapchat account: jaydendd15@icloud.com.

      ii. **HALL**'s date of birth, ▮▮/2000, is the same as the date of birth provided by the "lahmike293" Snapchat account.

5

      iii. **HALL**'s address in the DMV system, 214 Neil Avenue, New Orleans, LA, matched the IP address from which Snapchat user "lahmike293" uploaded the CSAM that Snapchat flagged.

10. On July 7, 2021, LBI obtained a state search warrant for the residence located at 214 Neil Avenue, New Orleans, LA 70131.

11. On July 7, 2021, LBI, in conjunction with HSI and the New Orleans Police Department (NOPD), executed a state search warrant at 214 Neil Avenue, New Orleans, LA 70131. Upon arriving at the residence, it appeared to be vacant with a pile of discarded furniture and household objects located on the curb of the residence. In the discarded pile of furniture was a sofa, which was consistent with the sofa observed in the CSAM video that **HALL** uploaded to Snapchat. **HALL** was not present upon arrival at the residence. **HALL** then arrived at the residence with his aunt, ▮▮▮▮▮▮▮▮.

12. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In a spontaneous utterance during a conversation with his aunt and in the presence of HSI Special Agent Daryn Hope, **HALL** stated "I'm sorry for what I did to [Victim 1's Name]."

13. LBI obtained a state arrest warrant for **HALL** for L.R.S. 14:81.1 (Pornography Involving Juveniles) (6 Counts); L.R.S. 14:81.1 (Pornography Involving Juveniles; Relative to Production of Child Pornography) (3 Counts); L.R.S. 14:81 (Indecent Behavior with Juveniles); L.R.S. 14:43.1 (Sexual Battery on a Victim Under the Age of Thirteen); and L.R.S. 14:130.1 (Obstruction of Justice). **HALL** was placed under arrest.

14. Before **HALL** was released on bond, he spoke with ▓▓▓ by telephone, and those calls were recorded. In those calls, **HALL** confessed to ▓▓▓ that he had been abusing Victim 1 for a prolonged period. **HALL** and ▓▓▓ discussed the fact that **HALL** had also shared the video of CSAM involving Victim 1 on the internet, where others could see it. **HALL** told ▓▓▓ that **HALL** destroyed his cellular telephone while he was driving to meet agents.

15. <u>Second CyberTip</u>: On December 20, 2021, LBI received a CyberTip from NCMEC. The CyberTip contained information from Snapchat, identifying username "thick_badbitch5," who uploaded one file of CSAM utilizing the Snapchat application.

16. I reviewed the CyberTip and determined the following relevant information:

    a. On November 18, 2021, Snapchat username "thick_badbitch5" accessed the Snapchat application via IP address 68.11.47.97 and uploaded one file of CSAM.

        i. The file depicts an adult male anally raping a prepubescent girl.

    b. Username "thick_badbitch5" utilized email address ▓▓▓ to register the Snapchat account. (This email, ▓▓▓, is similar to the email address used to register **HALL**'s prior Snapchat account, under username lahmike293, which was ▓▓▓.)

    c. Username "thick_badbitch5" utilized date of birth ▓▓/2000 to register the Snapchat account. This is **HALL**'s date of birth.

17. A subpoena was sent to Cox Communications IP address 68.11.47.97. On December 28, 2021, Cox Communications complied with the subpoena by providing the following relevant subscriber information:

    a. Name: ▓▓▓

    b. Address: ▓▓▓ Southern Oaks Drive, Harvey, LA 70058.

7

18. <u>Third CyberTip:</u> On December 28, 2021, LBI received a CyberTip from NCMEC. The CyberTip contained information from Dropbox, identifying email address "fscq2jv472@privaterelay.apple.com", as being in possession of CSAM on their Dropbox account.

19. I reviewed the CyberTip and determined the following information to be relevant to the investigation:

    a. On November 16, 2021, Dropbox user "fscq2jv472@privaterelay.apple.com" accessed Dropbox via IP address 2600:8807:4d8c:9400:61f4:5377:9c16:3b3b and uploaded twelve (12) video files of CSAM.

    b. I viewed the files and determined them to constitute CSAM. Three of the CSAM videos are described as follows:

        i. Filename VID-20160125-WA0000.mp4, depicts an adult male anally raping a prepubescent girl. The girl is clad in a blue nightgown and naked from the waist down.

        ii. Filename 7a81cfc8-1c53-4b66-b22b-6c1ba1531b13.mp4, titled "Anal Latino", depicts a nude prepubescent girl, being anally raped by an adult male.

        iii. Filename 2017-05-31 16.27.15.mp4, depicts a prepubescent girl, clad in a white shirt and naked from the waist down. The girl is on her hands and knees while a male stands over her and ejaculates onto her buttocks.

20. On January 3, 2022, a subpoena was submitted to Cox Communications for IP address 2600:8807:4d8c:9400:61f4:5377:9c16:3b3b. On January 21, 2022, Cox Communications complied with the subpoena by providing the following relevant subscriber information:

    a. Name: ███████

b. Address: ▮ Southern Oaks Drive, Harvey, LA 70058.

21. On January 3, 2022, a search warrant was submitted to Apple, Inc. for email address "fscq2jv472@privaterelay.apple.com". On January 22, 2022, Apple, Inc. complied with the search warrant and provided the contents of the email account. Apple, Inc. stated that the username for this email account is "▮". This is the same iCloud account linked to the Snapchat account for "lahmike293".

22. On February 15, 2022, I executed a court-authorized search warrant of ▮ Southern Oaks Drive, Harvey, LA 70058. **HALL** provided a statement at that location. He admitted that the Snapchat username "thick_badbitch5" was his. **HALL** also admitted that he accessed his Dropbox account from the residence at ▮ Southern Oaks Drive. HALL admitted that he produced CSAM using Victim 1.

The foregoing is true and correct to the best of my knowledge.

/s/ Jessica C. Zuppardo
Jessica C. Zuppardo
Special Agent
Homeland Security Investigations

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.*

Subscribed and sworn to before me,
this __15th__ day of February, 2022.

_Dana M. Douglas_
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE